OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST-CLASS

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
NOV 26 2014

PITNEY BOWES

11/26/2014

MOORE, ROBERT CHARLES    Tr. Ct. No. C-372-010311-0836700-A
WR-82,371-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

ROBERT CHARLES MOORE

NIXIE          750    4E  1270      2212/18/14

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 78711230808        *2382-05651-17-45

IEBN3B 76426